# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASISTA IMMIGRATION ASSISTANCE, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TAE D. JOHNSON, Acting Director, in his official capacity, et al., <br><br> *Defendants*. | Case No. 3:20-cv-00206-JAM <br><br> Judge: Hon. Jeffrey A. Meyer |

## JOINT MOTION TO CONTINUE IN ABEYANCE

Pursuant to the Court's Order of March 18, 2021, the parties, having conferred, jointly move to continue this case in abeyance until July 2, 2021, while the parties finalize the terms of a proposal to extend the period of abeyance for an additional 90 days. U.S. Immigration and Customs Enforcement (ICE) is actively reviewing its policies on the processing of applications for administrative stays of final orders of removal for individuals with pending U-nonimmigrant status petitions, and the parties anticipate that an additional 90 days should be sufficient to complete that process.

The parties have reached agreement in principle to continue their cooperation during that policy review process on substantially similar terms to those outlined in their previous motion to hold this case in abeyance, *see* ECF 67, but would benefit from a small amount of additional time to finalize the terms of their agreement. In the interim, the parties agree to continue to abide by the terms of their previous agreement.

Accordingly, the parties respectfully request that the Court hold this case in abeyance until July 2, 2021, and that the parties be permitted to file a proposal for further proceedings in this case at that time.

<div style="columns:2">

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Cormac A. Early
CORMAC A. EARLY (phv10560)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 616-7420
E-mail: Cormac.A.Early@usdoj.gov

*Counsel for Defendants*

Dated: June 15, 2021

Benjamin L. Berwick (phv04462)
THE PROTECT DEMOCRACY PROJECT
15 Main St., Suite 312
Watertown, MA 02472
(202) 856-9191
ben.berwick@protectdemocracy.org

Brittany Williams (phv10516)
THE PROTECT DEMOCRACY PROJECT
1900 Market Street, 8th Fl.
Philadelphia, PA 19103
(202) 236-7396
brittany.williams@protectdemocracy.org

Elizabeth B. Wydra (phv10541)
Brianne J. Gorod (phv10524)
Brian R. Frazelle (phv10535)
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th St., NW, Suite 501
Washington, DC 20036
(202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org
brian@theusconstitution.org

Marisol Orihuela (ct30543)
JEROME N. FRANK LEGAL SERVICES
   ORGANIZATION
P.O. Box 209090
New Haven, CT 06520
(202) 432-4800
marisol.orihuela@yale.edu

*Attorneys for Plaintiffs*

</div>