UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ASISTA IMMIGRATION ASSISTANCE, INC., et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> TAE D. JOHNSON, Acting Director, in his official capacity, et al., <br><br> *Defendants*. | Case No. 3:20-cv-00206-JAM <br><br> Judge: Hon. Jeffrey A. Meyer |

**JOINT MOTION TO CONTINUE IN ABEYANCE**

Pursuant to the Court's Order of June 17, 2021, the parties, having conferred, jointly move to continue this case in abeyance until July 7, 2021, while the parties finalize the terms of a proposal to extend the period of abeyance for an additional 90 days. The parties have reached agreement on all but one issue. ICE is not yet in a position to agree to Plaintiffs' proposal on that remaining issue, which will require sign-off at more senior levels of leadership. The parties agree that they would benefit from two additional business days to attempt to reach agreement, during which time they will continue to abide by the terms of the initial stay agreement. If the parties are not able to reach agreement by July 7 on the terms of a continued stay, they agree that the stay should be lifted, and that this Court should proceed to resolve the pending motions for summary judgment.

Accordingly, the parties respectfully request that the Court hold this case in abeyance until July 7, 2021, and that the parties be permitted to file a proposal for further proceedings in this case at that time.

BRIAN M. BOYNTON
Acting Assistant Attorney General

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ Cormac A. Early
CORMAC A. EARLY (phv10560)
Trial Attorney, U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Phone: (202) 616-7420
E-mail: Cormac.A.Early@usdoj.gov

*Counsel for Defendants*

Dated: July 2, 2021

Benjamin L. Berwick (phv04462)
THE PROTECT DEMOCRACY PROJECT
15 Main St., Suite 312
Watertown, MA 02472
(202) 856-9191
ben.berwick@protectdemocracy.org

Brittany Williams (phv10516)
THE PROTECT DEMOCRACY PROJECT
1900 Market Street, 8th Fl.
Philadelphia, PA 19103
(202) 236-7396
brittany.williams@protectdemocracy.org

Elizabeth B. Wydra (phv10541)
Brianne J. Gorod (phv10524)
Brian R. Frazelle (phv10535)
CONSTITUTIONAL ACCOUNTABILITY
CENTER
1200 18th St., NW, Suite 501
Washington, DC 20036
(202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org
brian@theusconstitution.org

Marisol Orihuela (ct30543)
JEROME N. FRANK LEGAL SERVICES
   ORGANIZATION
P.O. Box 209090
New Haven, CT 06520
(202) 432-4800
marisol.orihuela@yale.edu

*Attorneys for Plaintiffs*